The People of the State of New York, Respondent, v. Garrett J. Couchois, Appellant.— Judgment affirmed. No opinion. Order filed.

Henry Wohlers, Respondent, v. The Manhattan Railway Company and The Metropolitan Elevated Railway Company, Appellants.— Judgment affirmed, with costs. No opinion. Order filed.

Paul Weizinger, Appellant, v. Erie Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Alexander Pfeiffer, Appellant, v. Rose Heartstone, Respondent, Impleaded with Nathum L. Heartstone and Others.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. No opinion. Order filed.

Percy Ahrons, Respondent, v. Cuneo Trading Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Order filed.

George N. Seger, as Administrator, etc., of Louisa Schaeffler, Deceased, Respondent, v. The Farmers' Loan and Trust Company, as Substituted Trustee under the Last Will and Testament of Caroline Wildberger, Deceased, Appellant, Impleaded with Louisa Blank, Formerly Louisa Barry.— Judgment affirmed, with costs. No opinion. Order filed.

Benjamin Price, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $4,185.98, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Eugene S. Willard and Henry R. Dwight, Copartners Doing Business under the Firm Name and Style of E. S. Willard & Co., Appellants, v. William R. H. Martin, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Robert B. Roosevelt, Jr., Appellant, v. Holland Trust Company, Respondent. — Judgment affirmed, with costs. No opinion. Order filed.

Oscar Glanckopf, Respondent, v. Carl Rudolph Schultz, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Mary Lowry, as Administratrix, etc., of James Lowry, Deceased, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $5,622.17, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Patrick J. Ward, Respondent, v. Hawkins Iron Construction Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $648.54, in which event judgment as modified and order affirmed, without costs. No opinion. Settle order on notice.

James O'Shaughnessy, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Order filed.

William R. Malloy, by His Guardian ad Litem, Ella Malloy, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs, on the authority of Landau v. City of New York (180 N. Y. 48). Houghton, J., dissenting. Order filed.

M. Gustine Reiser, Respondent, v. Metropolitan Express Company, Appellant. — Determination affirmed, with costs. (Ingraham and Clarke, JJ., dissenting.) Order filed.

Maria De Barbieri, as Administratrix, etc., of Luigi De Barbieri, Deceased, Respondent, v. Societa Giuseppe Mazzini Italiana Di Mutuo Soccorso in New York, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $499.02, in which event judgment as modified and order affirmed, without costs. No opinion. Settle order on notice.